## 20737. ADAMS v. THE STATE.

BLOODWORTH, J. There is no merit in any of the special grounds of the motion for a new trial; the evidence supports the verdict; and the judge did not err when he overruled the motion.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 8, 1930.

*Carlisle Cobb,* for plaintiff in error.
*Henry H. West, solicitor-general,* contra.

## 20738. CROW v. THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and the grounds of the motion for a new trial show no cause for a reversal of the judgment.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED OCTOBER 8, 1930.

*Linton S. Johnson, George L. Goode, J. H. & Emmett Skelton,* for plaintiff in error.
*A. S. Skelton, solicitor-general, Tutt & Brown,* contra.